# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | CASE NO. CV-F-03-6636 AWI SMS P |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT |
| v. | |
| SERGEANT C. TYNER, et al., | (Doc. 40) |
| Defendants. | |

Plaintiff Charles Chatman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 16, 2005, defendants Fortson, Jimenez, Johnson, Duran, Winett, Bowman, Lundy, Wells, Mack, Vazquez, and Traynham ("defendants") filed a request for an extension of time up to and including June 15, 2005, within which to file a response to plaintiff's amended complaint. Defendants' request is GRANTED.

Defendants' motion to stay this action, filed May 5, 2005, is currently pending but has not yet been deemed submitted. Local Rule 78-230(m). <u>Defendants are HEREBY RELIEVED of their obligation to respond to plaintiff's amended complaint until the court rules on their pending motion for a stay</u>. In the event that the motion to stay is denied, the court will direct defendants to respond to the amended complaint within thirty days from the date of service of the order denying their motion. If the motion to stay is granted, defendants will be relieved of their obligation to respond until further order of the court.

IT IS SO ORDERED.

**Dated:   May 17, 2005**             /s/ Sandra M. Snyder

i0d3h8                    UNITED STATES MAGISTRATE JUDGE