# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | CASE NO. CV-F-03-6636 AWI SMS P |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RE-SERVE MOTION FOR A STAY ON PLAINTIFF AT HIS ADDRESS OF RECORD, AND GRANTING PLAINTIFF THIRTY DAYS FROM DATE OF RE-SERVICE TO FILE ANOTHER OPPOSITION TO DEFENDANTS' MOTION |
| v. | |
| SERGEANT C. TYNER, et al., | |
| Defendants. | |
| / | (Doc. 35) |

On May 5, 2005, defendants filed a motion seeking an order staying this action. Plaintiff filed an opposition on May 25, 2005. In his opposition, plaintiff states that he was not served with the motion.[1] The certificate of service attached to the motion states that it was served on plaintiff at the California Correctional Institution. Plaintiff's address of record is High Desert State Prison.[2]

Accordingly, defendants shall re-serve their motion for a stay on plaintiff at High Desert within **ten (10) days**. Plaintiff has **thirty (30) days** from the date of re-service of the motion to file another response, if he wishes to do so.

IT IS SO ORDERED.

Dated: May 26, 2005         /s/ Sandra M. Snyder
i0d3h8                      UNITED STATES MAGISTRATE JUDGE

---

[1] A court order filed on May 18, 2005, referred to the pending motion.

[2] Defendants' subsequent request for an extension of time, filed May 16, 2005, was served on plaintiff at his address of record.