1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   CHARLES CHATMAN,                        CASE NO. CV-F-03-6636 AWI SMS P

10                      Plaintiff,          ORDER DISREGARDING DUPLICATIVE
                                            MOTION FOR STAY
11        v.
                                            (Doc. 45)
12   SERGEANT C. TYNER, et al.,

13                      Defendants.
     _____/
14

15        On May 27, 2005, the court ordered defendants to re-serve their motion for a stay on plaintiff

16   at his address of record within ten days.  On May 31, 2005, defendants re-filed their motion for a stay

17   along with a certificate of service stating that the motion had been served on plaintiff at High Desert

18   State Prison, which is plaintiff's current address of record.

19        Defendants' duplicative motion for a stay is HEREBY DISREGARDED.  Defendants'

20   counsel is notified that when re-service is necessary, only the amended certificate of service should

21   be filed with the court.  Re-filing the motion in its entirety is unnecessary and can lead to confusion

22   with respect to the electronic court file.

23

24   IT IS SO ORDERED.

25   **Dated:    June 8, 2005**              _____  **/s/ Sandra M. Snyder**  _____
     i0d3h8                                  UNITED STATES MAGISTRATE JUDGE
26

27

28

                                        1