UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT C. TYNER, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　／ | CASE NO. 1:03-CV-6636-AWI-SMS-P<br><br>ORDER DENYING MOTION FOR STAY AS MOOT AND DIRECTING DEFENDANTS TO FILE A RESPONSE TO AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 35) |

　　　　Plaintiff Charles Chatman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 5, 2005, defendants Winett, Bowman, Vazquez, Wells, Mack, Traynham, Duran, Fortson, Johnson, Jimenez, and Lundy ("defendants") filed a motion seeking to stay this action pending a decision from the United States Court of Appeals for the Ninth Circuit on plaintiff's appeal of the district court's denial of his motion for reconsideration in Chatman v. Early 03-3820 (N.D.Cal.).  (Doc. 35.)  Plaintiff had sought reconsideration of the district court's order denying him leave to proceed in forma pauperis and dismissing the action.  On May 18, 2005, the court issued an order relieving defendants from responding to plaintiff's amended complaint pending resolution of their pending motion for a stay.  (Doc. 42.)  On June 24, 2005, plaintiff filed an opposition to the motion for a stay, and on August 19, 2005, plaintiff notified the court that the Ninth Circuit had vacated the dismissal and remanded the action back to the district court for further development of the record.  (Docs. 48, 49.)

　　　　In light of resolution of plaintiff's appeal in the Northern District case, it is HEREBY ORDERED that:

1

1.  Defendants' motion for a stay, filed May 5, 2005, is DENIED as moot; and

2.  Defendants shall file a response to plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   August 24, 2005**          /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE

2