UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT C. TYNER, et al.,<br><br>　　　Defendants. | 1:03-CV-6636 AWI SMS P<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC TO JANUARY 2, 2006<br><br>(DOCUMENT #54) |

　　　On December 2, 2005, defendants filed a motion to extend time up to and including January 2, 2006, within which to serve their responses to plaintiff's first request for the production of documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Defendants' request for an extension of time is GRANTED nunc pro tunc to January 2, 2006.

IT IS SO ORDERED.

**Dated:　January 19, 2006**　　　　　　　　　/s/ Sandra M. Snyder
i0d3h8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE