1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   CHARLES CHATMAN,                           CASE NO. CV-F-03-6636 AWI SMS P

10                          Plaintiff,         ORDER GRANTING PLAINTIFF'S MOTION
                                               FOR AN EXTENSION OF TIME TO FILE A
11          v.                                 RESPONSE TO DEFENDANTS' MOTION TO
                                               DISMISS
12   SERGEANT C. TYNER, et al.,
                                               (Doc. 57)
13                          Defendants.
                                          /
14

15          On January 19, 2006, plaintiff filed a motion seeking an extension of time to file a response

16   defendants' motion to dismiss.  Plaintiff's motion is HEREBY GRANTED.  Plaintiff's response is

17   due within **thirty (30) days** from the date of service of this order.

18

19   IT IS SO ORDERED.

20   **Dated:   February 21, 2006**              _/s/ **Sandra M. Snyder**_____
     i0d3h8                                      UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28