UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES CHATMAN, | ) | 1:03-CV-6636 AWI SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF |
| v. | ) | TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF |
| SERGEANT C. TYNER, et al., | ) | DOCUMENTS (DOCUMENT #60) |
| | ) | |
| Defendants. | ) | |

On April 14, 2006, defendants filed a motion to extend time to respond to plaintiff's request for production of documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to respond to plaintiff's request for production of documents.

IT IS SO ORDERED.

**Dated:   April 28, 2006**              **/s/ Sandra M. Snyder**
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE