UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGEANT C. TYNER, et al.,<br><br>    Defendants.<br>_____/ | 1:03-cv-06636-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 62)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO EXHAUST** (Doc. 55) |

    Plaintiff Charles Chatman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 10, 2006, the Magistrate Judge filed a Findings and Recommendations that recommended Defendants' motion to dismiss be denied. The Findings and Recommendations were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. To date, the parties have not filed objections to the Magistrate Judge's Findings and

Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 10, 2006, is ADOPTED IN FULL; and,

2. Defendants' motion to dismiss plaintiff's claim against defendants Winett, Vazquez, Johnson, and Lundy, stemming from the allegation that defendants forced plaintiff to stand outside in freezing weather in his underwear to punish him, for failure to exhaust the available administrative remedies as mandated by 42 U.S.C. § 1997e(a), filed December 19, 2005, is DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   July 6, 2006**                         **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE