UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES CHATMAN, | ) | 1:03-CV-06636 AWI SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #64) |
| v. | ) | |
| | ) | |
| SERGEANT C. TYNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2006, defendants filed a motion to extend time to respond to plaintiff's motion to compel. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted until July 21, 2006, to file a response to plaintiff's motion to compel.

IT IS SO ORDERED.

**Dated:   July 18, 2006**                          **/s/ Sandra M. Snyder**
i0d3h8                                                    UNITED STATES MAGISTRATE JUDGE