# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEANT C. TYNER, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:03-CV-06636 AWI SMS P<br><br>ORDER SETTING PLAINTIFF'S MOTION TO COMPEL FOR HEARING, GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A PRE-TRIAL DISPOSITIVE MOTION, AND VACATING MOTION DEADLINE<br><br>(Doc. 63 and 70)<br><br>**Telephonic Hearing:**    **October 17, 2006, at 10:00 a.m. in Courtroom 7 (SMS)** |

      Plaintiff Charles Chatman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed September 1, 2004, against defendants Winett, Vazquez, Fortson, Lundy, and Johnson for retaliation in violation of the First Amendment, and defendants Winett, Vazquez, Lundy, Traynham, Mack, Wells, Jimenez, Duran, Bowman, and Johnson for violation of the Eighth Amendment based on unconstitutional conditions of confinement. On June 12, 2006, plaintiff filed a timely motion to compel a further response to his request for the production of documents. (Doc. 63.) Defendants Winett, Vazquez, Fortson, Lundy, Johnson, Traynham, Mack, Wells, Jimenez, Duran, and Bowman ("defendants") filed an opposition on July 21, 2006, and plaintiff filed a reply on August 17, 2006. (Docs. 68, 69.)

///

The Court has reviewed the motion, opposition, and reply, and deems it necessary to set this matter for a telephonic hearing. The hearing is set for October 17, 2006, at 10:00 a.m. before the undersigned. Defendants' counsel shall arrange for the participation of plaintiff and shall initiate the conference call to (559) 499-5690.

On August 21, 2006, defendants filed a motion seeking an extension of time up to and including October 5, 2006, within which to file a pre-trial dispositive motion. In light of plaintiff's pending motion to compel and the hearing set for October 17, 2006, defendants' motion for an extension of time shall be granted. Rather than extending the deadline to October 5, 2006, the deadline shall be vacated, and the Court will set a new deadline during the hearing.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to compel is set for telephonic hearing on October 17, 2006, at 10:00 a.m. in Courtroom 7 before the undersigned;

2. Defendants' counsel shall arrange for the participation of plaintiff at the hearing and shall initiate the conference call to (559) 499-5690;

3. Defendants' motion for an extension of the pre-trial dispositive motion deadline, filed August 21, 2006, is GRANTED; and

4. The deadline to file pre-trial dispositive motions, set for August 21, 2006, is VACATED and shall be reset during the hearing on plaintiff's motion to compel.

IT IS SO ORDERED.

**Dated:    August 25, 2006**              /s/ Sandra M. Snyder
i0d3h8                                      UNITED STATES MAGISTRATE JUDGE