# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT C. TYNER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-06636 AWI SMS P<br><br>ORDER SETTING PLAINTIFF'S MOTION FOR ASSISTANCE LOCATING WITNESSES FOR HEARING (Doc. 82)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF THE PRETRIAL DISPOSITIVE MOTION DEADLINE, AND VACATING DEADLINE (Doc. 83)<br><br>ORDER DIRECTING CLERK'S OFFICE TO FAX ORDER TO LITIGATION OFFICE AT HDSP<br><br>**Telephonic Hearing:** February 12, 2007, at 10:30 a.m. in Courtroom 7 (SMS) |

　　Plaintiff Charles Chatman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed September 1, 2004, against defendants Winett, Vazquez, Fortson, Lundy, and Johnson for retaliation in violation of the First Amendment, and defendants Winett, Vazquez, Lundy, Traynham, Mack, Wells, Jimenez, Duran, Bowman, and Johnson for violation of the Eighth Amendment based on unconstitutional conditions of confinement. On January 8, 2007, plaintiff filed a motion seeking the Court's assistance in locating twenty-seven

///

1  witnesses. (Doc. 82.) Defendants Winett, Vazquez, Fortson, Lundy, Johnson, Traynham, Mack,
2  Wells, Jimenez, Duran, and Bowman ("defendants") did not file a response.
3     Given the burden on the Court's resources in locating twenty-seven witnesses, the likelihood
4  that not all the witnesses will be willing to cooperate, the cumulativeness of the witnesses'
5  testimony, and the practical difficulties plaintiff will face communicating with inmate witnesses, the
6  Court deems it necessary to set this matter for a telephonic hearing to discuss these issues with the
7  parties. The hearing is set for February 12, 2007, at 10:30 a.m. before the undersigned. Defendants'
8  counsel shall arrange for the participation of plaintiff and shall initiate the conference call to (559)
9  499-5690.
10    On January 26, 2007, defendants filed a motion seeking a three-week extension of time
11  within which to file a pre-trial dispositive motion. In light of plaintiff's pending motion and the
12  hearing set for February 12, 2007, defendants' motion for an extension of time shall be granted.
13  Rather than extending the deadline to a date certain, the deadline shall be vacated. A new deadline
14  will be set following the resolution of plaintiff's witness motion.
15    Based on the foregoing, it is HEREBY ORDERED that:
16    1.   Plaintiff's motion for assistance in locating witnesses is set for telephonic hearing on
17         February 12, 2007, at 10:30 a.m. in Courtroom 7 before the undersigned;
18    2.   Defendants' counsel shall arrange for the participation of plaintiff at the hearing and
19         shall initiate the conference call to (559) 499-5690;
20    3.   The pretrial dispositive motion deadline of January 26, 2007, is VACATED; and
21    4.   The Clerk's Office shall fax a courtesy copy of this order to the Litigation Office at
22         High Desert State Prison.

24  IT IS SO ORDERED.
25  **Dated:   January 31, 2007**            /s/ Sandra M. Snyder
    icido3                          UNITED STATES MAGISTRATE JUDGE