# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | CASE NO. 1:03-cv-06636-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR ASSISTANCE IN LOCATING INMATE WITNESSES, IN PART |
| v. | |
| SERGEANT C. TYNER, et al., | (Doc. 82) |
| Defendants. | |

On February 12, 2007, at 10:30 a.m., a telephonic hearing was held before the undersigned to address plaintiff's motion seeking the Court's assistance in locating twenty-seven witnesses, filed January 8, 2007. (Doc. 82.) As discussed during the hearing, the following is ORDERED:

1. Plaintiff's motion is GRANTED to the extent that the Court will locate the following nine inmate witnesses and will request that the wardens at the institutions allow the inmates to correspond in writing for the limited purpose of allowing plaintiff to (1) ascertain whether the inmates are eye or ear witnesses to events relevant to plaintiff's claims in this action, (2) ascertain whether the inmates are willing to cooperate and provide statements to plaintiff, and (3) obtain declarations from each witnesses, signed under penalty of perjury, attesting to what they saw or heard:

    Koch, Rodney T-35419
    Matthews, Lester J-93234
    Allen K-68578
    Williams, Darryle C-68242
    Dedmon, Andre P-60122
    Green, Kenneth E-00453
    Hasan, Jawwaaz H-84717

     McCray, Malcolm J-07628
     Kline, Stacy J-99283;

2.  The pretrial dispositive motion deadline will be re-set once sufficient progress has been made regarding facilitation of plaintiff's communication with his inmate witnesses; and

3.  The Court's attempt to facilitate plaintiff's contact with the twenty-six inmates set forth in the memorandum dated December 31, 2002, plus Rodney Koch, is limited to the nine inmates listed above.

IT IS SO ORDERED.

**Dated:** **February 12, 2007**    /s/ Sandra M. Snyder
icido3           UNITED STATES MAGISTRATE JUDGE

2