UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>SERGEANT C. TYNER, et al.,<br><br>             Defendants.<br>_____/ | 1:03-cv-06636-AWI-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 87)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 79) |

    Plaintiff Charles Chatman ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 16, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any objections were to be filed within thirty days.  To date, no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire

1

file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 16, 2007, is ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed December 14, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:   April 11, 2007**          /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE