EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Winett, Bowman, Vazquez,
Wells, Mack, Traynham, Duran, Fortson, Johnson,
Jimenez and Lundy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,**<br><br>                    Plaintiff,<br><br>            v.<br><br>**SERGEANT C. TYNER, et al.,**<br><br>                    Defendants. | 1:03-cv-6636 AWI SMS (PC)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>**DOCUMENT #100** |

The Court has considered Defendant Duran's request for a ninety-day extension of time to file a motion for summary judgment, and good cause appearing,

IT IS ORDERED THAT Duran's request is granted.  Duran has up to and including March 17, 2008, to file and serve a motion for summary judgment.

IT IS SO ORDERED.

**Dated: December 17, 2007**              /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE

1

1  03pc6636.grt.eot#100.Chatman.SMS.sa.jh.wpd
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28