UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| CHARLES JAMES CHATMAN ) | CASE NO. 1:03-CV-06636 AWI SMS |
| Plaintiff ) | ORDER GRANTING DEFENDANT DURAN'S MOTION FOR A NINETY-DAY EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |
| v. ) | |
| C. TYNER, et al. ) | |
| Defendants. ) | Document No. 112 |

Defendant RODRIGO DURAN'S Ex Parte Request for Extension of Time to File Dispositive Motion and request for an additional ninety (90) days from the date of this Order to file and serve a motion for summary judgment is hereby GRANTED.

IT IS SO ORDERED.

**Dated:    April 3, 2008**                                    /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE