IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES CHATMAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>C. TYNER, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-06636-AWI-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE STATUS REPORT TO APRIL 18, 2008<br><br>(DOCUMENT #115) |

On April 8, 2008, Plaintiff filed a response to the Court's order of March 3, 2008.  On April 11, 2008, Defendants filed a motion seeking an extension of time to file their status report in compliance with the order.  Good cause having been shown, Defendants' motion for an extension of time up to and including April 18, 2008 to file their status report is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   April 17, 2008**              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE