# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT C. TYNER, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:03-cv-06636-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR CONTEMPT FINDING, AND DIRECTING DEFENDANTS TO RE-SERVE STATUS REPORT WITHIN TEN DAYS<br><br>(Doc. 118) |

On May 15, 2008, Plaintiff filed a motion requesting that the Court find Defendants in contempt for failing to file a status report in compliance with the Court's orders filed on March 3, 2008, and April 17, 2008.

Defendants filed their status report on April 18, 2008. Plaintiff's motion for a contempt finding is THEREFORE DENIED. Because the status report was apparently never received by Plaintiff, Defendants are HEREBY ORDERED to re-serve Plaintiff with their status report within **ten (10) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    May 16, 2008**　　　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1