# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT C. TYNER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-06636-AWI-SMS PC<br><br>ORDER VACATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR UNTIL WITNESS ISSUE IS RESOLVED AND EITHER DEFENDANT DURAN'S MOTION FOR SUMMARY JUDGMENT IS FILED AND DEEMED SUBMITTED OR THE TIME PERIOD EXPIRES WITHOUT THE FILING OF A MOTION<br><br>(Doc. 102) |

Plaintiff Charles Chatman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Winett, Vazquez, Fortson, Lundy, and Johnson for retaliation in violation of the First Amendment, and Defendants Winett, Vazquez, Lundy, Traynham, Mack, Wells, Jimenez, Duran, Bowman, and Johnson for violation of the Eighth Amendment based on unconstitutional conditions of confinement.

On December 18, 2007, Defendants Winett, Vazquez, Fortson, Lundy, Johnson, Traynham, Mack, Wells, Jimenez, and Bowman filed a motion for summary judgment.  On April 3, 2008, Defendant Duran, who is represented by separate counsel, was granted a ninety-day extension of time to file a motion for summary judgment.  Further, there is an ongoing, unresolved issue concerning Plaintiff's ability to facilitate communication with inmate witnesses, pursuant to the Court's order of February 13, 2007.

In light of these issues and 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, it is HEREBY ORDERED that Defendants Winett, Vazquez, Fortson, Lundy, Johnson, Traynham, Mack, Wells, Jimenez, and Bowman's motion for summary judgment is DEEMED VACATED from the Court's calendar until such time as the witness issue is resolved and either Defendant Duran's motion for summary judgment is filed and deemed submitted pursuant to Local Rule 78-230(m) or the time period expires without the filing of a motion for summary judgment.

IT IS SO ORDERED.

**Dated:   June 13, 2008**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE