1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  CHARLES CHATMAN,                          CASE NO. 1:03-cv-06636-AWI-SMS PC

10                      Plaintiff,            ORDER GRANTING AND RESOLVING
                                             REQUEST FOR CLARIFICATION
11        v.
                                             (Doc. 123)
12  SERGEANT C. TYNER, et al.,

13                      Defendants.
                                          /
14

15        On June 17, 2008, Defendants filed a request for clarification of the Court's order filed June

16  16, 2008.

17        Defendants are not required to renew their motion for summary judgment filed on December

18  18, 2007.  In the interest of conservation of the Court's resources, it will be considered once the

19  witness issue is resolved by future order and the deadline for Defendant Duran to file a motion for

20  summary judgment passes.[1]  The order deeming Defendants' pending motion vacated is

21  administrative in nature and requires no action on the part of the parties. 28 U.S.C. § 476(a)(1).

22        Defendants' request for clarification is HEREBY GRANTED AND RESOLVED.

23

24  IT IS SO ORDERED.

25  **Dated:   June 18, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE
26

27  _____

28        [1] At this juncture, Defendant Duran is the only party who may file a pretrial dispositive motion.  (Docs. 93, 113.)

1