1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  CHARLES CHATMAN,                          CASE NO. 1:03-cv-06636-AWI-SMS PC

10                    Plaintiff,             ORDER GRANTING PLAINTIFF'S MOTION
                                             FOR A THIRTY-DAY EXTENSION OF TIME
11        v.                                 TO FILE AN OPPOSITION TO DEFENDANT
                                             DURAN'S MOTION FOR SUMMARY
12  SERGEANT C. TYNER, et al.,               JUDGMENT, AND TO SUBMIT GREEN
                                             INTERROGATORIES TO LITIGATION
13                    Defendants.            COORDINATOR

14  _____      (Doc. 127)
                                         /
15

16        On August 5, 2008, Plaintiff filed a motion seeking a thirty-day extension of time to file an

17  opposition to Defendant Duran's motion for summary judgment, and to submit the Green

18  interrogatories to the litigation coordinator in compliance with the Court's order of July 11, 2008.

19        Plaintiff's motion for a **thirty (30) day** extension of time is HEREBY GRANTED.

20

21  IT IS SO ORDERED.

22  **Dated:    September 2, 2008**              _____/s/ Sandra M. Snyder_____
                                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1