UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT C. TYNER, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. 1:03-cv-06636-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR<br>TELEPHONIC HEARING<br><br>(Doc. 130) |

　　　On September 24, 2008, Plaintiff filed a motion seeking a telephonic hearing to discuss a plan for Plaintiff to facilitate prosecution of this action. In the motion, Plaintiff sets forth a number of conditions that he alleges are impeding his access to courts and endangering his health.

　　　This action is proceeding against Defendants based on events which occurred at the California Correctional Institution in Tehachapi, California in 2002. Plaintiff is currently housed at High Desert State Prison in Susanville, California, and the pendency of this action does not confer upon the Court a jurisdictional basis to address Plaintiff's current conditions of confinement. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006). To the extent that Plaintiff's current conditions of confinement are violating his federal rights, he must seek redress in a different suit, with a habeas petition filed in state court perhaps being most expeditious in light of Plaintiff's claims that his health is in jeopardy. E.g., In re Estevez, 83 Cal.Rptr.3d 479, 490-91

///

(Cal. Ct. App. 2008) (in California, conditions of confinement issues may be raised in state court via a petition for writ of habeas corpus).

Plaintiff's motion does not specifically identify any issues in need of resolution with respect to *this* action. The Court will not set a hearing to address Plaintiff's current conditions of confinement unless it deems them relevant to a pending issue in this case, which it does not. Local Rule 78-230(m). If Plaintiff needs an extension of time to comply with an order in this case or to oppose a pending motion, he should file a motion for an extension of time.

Accordingly, Plaintiff's motion for a telephonic hearing is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   November 4, 2008**              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE