IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES CHATMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C. TYNER, ET AL.,<br><br>　　　　Defendants.<br>_____/ | 1:03-cv-06636-AWI-SMS (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO OPPOSITION TO DEFENDANT DURAN'S MOTION FOR SUMMARY JUDGMENT, AND FOR COPY OF OPPOSITION<br><br>(DOCUMENT #132)<br><br>THIRTY-DAY DEADLINE |

　　　　On November 21, 2008, Plaintiff filed a motion to extend time to file an opposition to Defendant Duran's motion for summary judgment and for a copy of his opposition to the motion for summary judgment filed by the other defendants.

　　　　Plaintiff is HEREBY GRANTED **thirty (30) days** from the date of service of this order in which to file his opposition.  The Clerk's Office shall send Plaintiff a one time courtesy copy of court documents 108 and 109.

IT IS SO ORDERED.

**Dated:   December 10, 2008**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE