VAN LONGYEAR, CSB NO. 84189
JENNIFER MARQUEZ, CSB NO. 232194
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant Rodrigo Duran

# UNITED STATES DISTRICT COURT  EASTERN DISTRICT

# OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| CHARLES JAMES CHATMAN | **CASE NO. 1:03-CV-06636 AWI SMS** |
| Plaintiff | **ORDER GRANTING DEFENDANT DURAN'S REQUEST FOR EXTENSION OF TIME TO FILE A REPLY** |
| v. | |
| C. TYNER, et al. | **(Doc. 135)** |
| Defendants. | |

Defendant Duran's request for an extension of time to January 11, 2009, within which to file his reply is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   January 6, 2009**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE