# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | CASE NO. 1:03-cv-06636-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS UNTIMELY |
| v. | |
| SERGEANT C. TYNER, et al., | (Doc. 147) |
| Defendants. / | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Charles Chatman, a state prisoner proceeding pro se and in forma pauperis. On June 5, 2009, Plaintiff filed a motion for summary judgment. (Doc. 147.) The deadline for filing pretrial dispositive motions was December 4, 2007, and this matter is set for jury trial on September 15, 2009.[1] (Docs. 93, 141.)

Plaintiff's motion for summary judgment is untimely, and is HEREBY ORDERED STRICKEN from the record on that ground.

IT IS SO ORDERED.

Dated:   June 8, 2009                            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Winett, Vazquez, Fortson, Lundy, Johnson, Traynham, Mack, Wells, Jimenez, and Bowman were granted an extension of time to December 18, 2007, to file their motion, and Defendant Duran was granted an extension of time to July 7, 2008, to file his motion. (Docs. 101, 113.) Those motion have been resolved. (Doc. 140.)

1