1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9    CHARLES CHATMAN,                          CASE NO. 1:03-cv-06636-AWI-SMS PC

10                        Plaintiff,            ORDER STRIKING PLAINTIFF'S MOTION
                                               FOR SUMMARY JUDGMENT AND
11           v.                                 DECLARATION

12    SERGEANT C. TYNER, et al.,               (Docs. 149 and 150)

13                        Defendants.
     _____/

14

15          This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Charles Chatman,

16    a state prisoner proceeding pro se and in forma pauperis.  On June 18, 2009, Plaintiff filed a second

17    motion for summary judgment.  (Doc. 149.)  As Plaintiff was informed by the Court in its order of

18    June 8, 2009, striking Plaintiff's first motion for summary judgment, the deadline for filing pretrial

19    dispositive motions was December 4, 2007, and this matter is set for jury trial on September 15,

20    2009.  (Docs. 93, 141, 148.)  Plaintiff may not move for summary judgment at this stage in the

21    proceedings.

22          Plaintiff's motion for summary judgment and declaration are HEREBY ORDERED

23    STRICKEN from the record.

24

25    IT IS SO ORDERED.

26    Dated:    June 19, 2009                        /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE
27

28

                                                    1