1  VAN LONGYEAR, CSB NO. 84189
   JENNIFER MARQUEZ, CSB NO. 232194
2  LONGYEAR, O'DEA AND LAVRA, LLP
   3620 American River Drive, Suite 230
3  Sacramento, CA. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendant Rodrigo Duran

6

7              UNITED STATES DISTRICT COURT  EASTERN DISTRICT

8                    OF CALIFORNIA FRESNO DIVISION

9

10

11 CHARLES JAMES CHATMAN           )   CASE NO. 1:03-CV-06636 AWI SMS
                                   )
12     Plaintiff                   )   STIPULATION AND ORDER
                                   )   REGARDING VIDEO DEPOSITION
   v.                              )   OF RODRIGO DURAN CONDUCTED
13                                 )   VIA VIDEO CONFERENCE
   C. TYNER, et al.                )
14                                 )
       Defendants.                 )
15                                 )
                                   )
16 _____ )

17       On July 20, 2009, the Court declined the order for the video deposition of defendant

18 Duran stating that due to plaintiff's custody status, it would be impossible for plaintiff to attend a

19 deposition in Texas. See Doc. 162.

20       If defendant Duran's deposition occurred, it would be videotaped and it would proceed

21 via video conference. Chatman is currently incarcerated at High Desert State Prison (HDSP) and

22 HDSP has video conference capability.  The federal prison where Duran is incarcerated can

23 conduct the video deposition by video conference.  Thus, Plaintiff would have an opportunity to

24 question defendant Duran. The deposition would be videotaped and used at trial in lieu of live

25 testimony.

26

27

28 / / /

Stipulation and [Proposed] Order Regarding Video Deposition of Rodrigo Duran Conducted Via Video Conference
Page 1

1  Counsel for Duran has met and conferred with the Attorney General's Office.  The
2  Attorney General's Office does not object to using a prerecorded video deposition of Duran in
3  lieu of live testimony, as long as counsel for the State Defendants has the ability to participate in
4  the video conference from a location in Sacramento.
5  Counsel for Duran has met and conferred with plaintiff.  Plaintiff also agrees to the video
6  deposition of defendant Duran via video conference.

7  **IT IS HEREBY STIPULATED:**

8  Dated: August 31, 2009                LONGYEAR, O'DEA & LAVRA, LLP

10                                       By: */s/ Jennifer Marquez*
                                              JENNIFER MARQUEZ
11                                            Attorney for Defendant
                                              R. Duran

13  Dated: August 31, 2009                ATTORNEY GENERAL'S OFFICE OF THE
                                         STATE OF CALIFORNIA

16                                       By: */s/ Megan O'Carroll*
                                              MEGAN R. O'CARROLL
17                                            Attorney for Defendants
                                              Tyner, Alameida, Prunty, Chen,
18                                            Yarborough, Calderon, Vasquez, Sullivan,
                                              Winett, Witcher, Stradley, Lundy, Fortson,
19                                            Traynham, Mack, Wells, Jimenez, Bowman,
                                              Johnson

20  August ____, 2009                     PLAINTIFF IN PRO PER

21                                       By: *See Attached Fax Signature*
                                              Charles James Chatman P-99062

**ORDER**

IT IS SO ORDERED.

**Dated:   September 1, 2009**              */s/ Anthony W. Ishii*
                                            CHIEF UNITED STATES DISTRICT JUDGE