IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,**            ) | 1:03-CV-6636 AWI SMS P |
| ) | |
| Plaintiff,   ) | **ORDER GRANTING PLAINTIFF'S** |
| ) | **MOTION DISCLOSURE OF** |
| v.   ) | **DEFENDANT DURAN'S** |
| ) | **CONVICTION AND GRANTING** |
| **SERGEANT C. TYNER, et al.,**   ) | **MOTION FOR COURT ORDER** |
| ) | **AFTER EVIDENTIARY HEARING** |
| Defendants.   ) | |
| _____) | **(Documents #163 & #170)** |

      Plaintiff Charles Chapman is proceeding with a prisoner civil rights action. This action is proceeding to trial on the following claims: (1) A First Amendment retaliation claim arising out of Plaintiff's placement in the SHU; (2) An Eighth Amendment claim in which Plaintiff alleges Defendant exposed him to freezing temperatures; and (3) An Eighth Amendment claim stemming from Plaintiff's placement and retention in a flooded cell.

      On August 14, 2009, Plaintiff filed a motion to compel disclosure of Defendant Duran's conviction. On August 31, 2009, the court held a telephonic status conference. During this conference, the court addressed Plaintiff's motion concerning Defendant Duran. The court re-opened discovery for the limited purpose of allowing Plaintiff to obtain information about Defendant Duran's criminal conviction and judgement. The court also signed the parties'

stipulation that Defendant Duran could be deposed by video conference.

On October 5, 2009, Plaintiff filed a motion for a copy of the court's Pretrial Order following the telephonic trial confirmation hearing.  The court is issuing this order with the court's Pretrial Order, and as such, the court has addressed Plaintiff's October 5, 2009 request.

Accordingly, the court ORDERS that:

1. Plaintiff's motion for disclosure of Defendant Duran's conviction is GRANTED and discovery is reopened for this limited purpose; and
2. Plaintiff's motion for a copy of the court's Pretrial Order is GRANTED.

IT IS SO ORDERED.

**Dated:   January 8, 2010**          /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE