IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEANT C. TYNER, et al.,<br><br>        Defendants. | 1:03-CV-6636 AWI SMS P<br><br>**ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE**<br><br>**(Document #151)** |

      Plaintiff Charles Chapman is proceeding with a prisoner civil rights action. This action is proceeding to trial on the following claims: (1) A First Amendment retaliation claim arising out of Plaintiff's placement in the SHU; (2) An Eighth Amendment claim in which Plaintiff alleges Defendant exposed him to freezing temperatures; and (3) An Eighth Amendment claim stemming from Plaintiff's placement and retention in a flooded cell.

      Local Rule 270 (a) provides that a "settlement conference shall be held in all actions unless otherwise ordered by the Court on objection of a party or for other good cause." In this action, Plaintiff is incarcerated and Defendants' and their attorneys are located great distances from Plaintiff. At this time, Plaintiff has submitted a settlement demand to Defendants. Given the logistical concerns present in this case, the court will not require a court settlement

conference unless at least one Defendant expresses an interest in a settlement conference.  If any Defendant is interested in a court assisted settlement conference, they should contact the chambers of Magistrate Judge Sandra M. Snyder and a settlement conference will be arranged.

Accordingly, Plaintiff's motion for a court ordered settlement conference is DENIED.

IT IS SO ORDERED.

**Dated:   February 9, 2010**              /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE