1

2

3

4

5              UNITED STATES DISTRICT COURT

6             EASTERN DISTRICT OF CALIFORNIA

7

8   CHARLES CHATMAN,                1:03-cv-06636-AWI-SMS-PC

9              Plaintiff,      **ORDER SETTING *TELEPHONIC*
                                SETTLEMENT CONFERENCE**
10  vs.
                                **Date:    4/21/10**
11  SERGEANT C. TYNER, et al.,    **Time:    1:30 p.m.**
                                **Judge:   Sandra M. Snyder (SMS)**
12             Defendants.
    _____/
13

14      Plaintiff, Charles Chatman, is a state prisoner proceeding

15  pro se and in forma pauperis in this civil rights action pursuant

16  to 42 U.S.C. § 1983.  Deputy Attorney General Megan R. O'Carroll

17  represents Defendants Winett, Bowman, Vazquez, Wells, Mack,

18  Traynham, Johnson, Jimenez, and Lundy.  Jennifer Marquez, Esq.,

19  of Longyear, O'Dea & Lavra, LLP, represents Defendant Duran.

20      Pursuant to the Joint Request for a Settlement Conference

21  (Doc. 182), as soon as possible in light of the estimated

22  4-day jury trial confirmed for May 18, 2010 at 8:30 a.m. in

23  Courtroom No. 2 on the Eighth Floor before the Honorable Anthony

24  W. Ishii, United States District Judge (Doc. 180),

25      IT IS HEREBY ORDERED that:

26      1. A Telephonic Settlement Conference is SET for Wednesday,

27  April 21, 2010 at 1:30 p.m. before the Honorable Sandra M.

28  Snyder, United States Magistrate Judge.

                              1

2. In light of the time crunch, Confidential Settlement Conference Statements are not required.  The Court will simply refer to the Pretrial Order (Doc. 172) previously issued.

3. To ensure that incarcerated pro se plaintiff Chatman receives an expedited copy of this Order, Ms. O'Carroll is DIRECTED, upon receipt of the Notice of Electronic Filing ("NEF") of same, to immediately provide, by e-mail, fascimile, or both if deemed appropriate, a copy to High Desert State Prison Litigation Coordinator Jason Bishop, with instructions that he immediately hand-deliver a copy of this Order to pro se inmate Chatman or certainly within 24 hours of receipt.

4. Ms. O'Carroll is also DIRECTED to arrange an initial conference call, with all parties on the same telephone line, to Judge Snyder's chambers on April 21, 2010 at 1:30 p.m. for a brief explanation of the procedures for the conference.

5. After the brief explanation of procedures, pro se plaintiff Chatman will be required, by, through, and with the assistance of Mr. Bishop, to call Judge Snyder's chambers on a particular telephone line, the telephone number for which the Court will provide to Mr. Bishop on April 21, 2010 at 1:30 p.m.

6. After the brief explanation of procedures, defense counsel, gathered together in one location, will be required to call Judge Snyder's chambers on a separate telephone line, the telephone number for which the Court will provide to counsel on April 21, 2010 at 1:30 p.m.

///

//

/

7. The Court will assume and require, pursuant to the Joint Request for a Settlement Conference, that the parties are ready, willing, and able to settle the case, meaning that:

(A) defendants have settlement authority; and,

(B) plaintiff is willing to negotiate in good faith.

IT IS SO ORDERED.

**Dated:    April 14, 2010**            **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE