## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES CHATMAN, | 1:03-cv-06636 AWI SMS (PC) |
|         Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CHARLES JAMES CHATMAN,** |
| vs. | **CDC #P-99062, PLAINTIFF** |
| C. TYNER, et al., | DATE: **MAY 18, 2010** |
| | TIME: **7:30 AM** |
|         Defendants. | |

      **CHARLES JAMES CHATMAN**, inmate, CDC# P-99062, a necessary and material witness on his own behalf in proceedings in this case on MAY 18, 2010, is confined at HIGH DESERT STATE PRISON, 475-750 Rice Canyon Road, Susanville, CA 96127, in the custody of the Warden: Tom Felker. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #3, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on MAY 18, 2010, at 7:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden OR Sheriff of HIGH DESERT STATE PRISON,  P.O. Box 750, Susanville, CA 96127-0750**:

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. This inmate's legal property relevant to the above entitled case shall accompany the inmate.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:   April 16, 2010**                            /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE