# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES CHATMAN, | CASE NO. 1:03-cv-06636-OWW-SMS PC |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR TRIAL ON MAY 18, 2010 AT 7:30 A.M. |
| v. | |
| C. TYNER, et al., | |
| Defendants. | (Doc. 185) |

This matter was set for trial on May 18, 2010, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff, Charles James Chatman (CDC #P-99062) to the courthouse on May 18, 2010 at 7:30 a.m.  The trial of this matter has been vacated as the parties have arrived at a settlement which was placed on the record on May 13, 2010.

Accordingly, Plaintiff Charles James Chatman (CDC #P-99062) is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   May 17, 2010                       /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1