# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. CHATMAN,<br><br>              Plaintiff,<br><br>   v.<br><br>TYNER, et al.,<br><br>              Defendants. | CASE NO. 1:03-cv-06636-OWW-SMS PC<br><br>ORDER REQUIRING ATTORNEY GENERAL'S OFFICE TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR INTERVENTION IN ENFORCING OR VOIDING THE SETTLEMENT AGREEMENT WITHIN THIRTY DAYS<br><br>(Doc. 205, 206) |

      On September 3, 2010 and September 13, 2010, Plaintiff filed requests for the Court's intervention in enforcing or voiding the settlement agreement in this case. Defendants were required to file an opposition or a statement of non-opposition to the motion within twenty-one days. Local Rule 230(l). Private counsel for Defendant Duran complied. However, the Attorney General's office, which should possess the most accurate information as to the status of payment of the settlement monies to Plaintiff, failed to respond.

      Accordingly, within **thirty (30) days** from the date of service of this order, the Deputy Attorney General assigned to this case must file an opposition or a statement of non-opposition to Plaintiff's requests for the Court's intervention in enforcing or voiding the settlement agreement in this case.

IT IS SO ORDERED.

**Dated:**    February 20, 2011          /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE